**United States Cold Storage LLC**
15 Emery Street
Bethlehem, PA 18015

**Pay Statement**
Period Start Date 01/26/2025
Period End Date 02/08/2025
Pay Date 02/14/2025
Document 95544226
Net Pay $2,106.13

## Pay Details

**JORGE I FIGUEROA**
1243 CALIFORNIA AVE
WHITEHALL, PA 18052
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | | Pay Group | Biweekly 2 | |
| SSN | XXX-XX-4253 | Work Location | Miller Circle | |
| Job | WAREHOUSE SUPERVISOR | Region | NORTH - North Region | |
| Pay Rate | $40.68 | Department | OPS - Operations | |
| Pay Frequency | Biweekly | Sub Dept | WARESU - OPS-Warehouse Supervision | |
| | | GL Company | 800 - US Cold Storage, LLC | |

## Earnings

| Pay Type | Charge Date | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Regular Pay | 01/26/2025 | 10.500000 | $40.68 | $427.20 | |
| Regular Pay | 01/27/2025 | 10.500000 | $40.68 | $427.20 | |
| Regular Pay | 01/31/2025 | 10.500000 | $40.68 | $427.20 | |
| Regular Pay | 02/01/2025 | 8.500000 | $40.68 | $345.83 | |
| Regular Pay | 02/07/2025 | 10.500000 | $40.68 | $427.20 | |
| Regular Pay | 02/08/2025 | 9.500000 | $40.68 | $386.51 | $11,345.38 |
| Cell Phone Reim | | 0.000000 | $0.00 | $0.00 | $10.00 |
| GTL Imputed | 02/08/2025 | | | $1.45 | $5.68 |
| Holiday | | 0.000000 | $0.00 | $0.00 | $721.33 |
| Personal | 02/02/2025 | 10.000000 | $40.68 | $406.85 | |
| Personal | 02/03/2025 | 10.000000 | $40.68 | $406.85 | $813.70 |

Total Reg Hours 80.0000    Total OT Hours 0.0000    Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $130.19 | $515.21 | $0.00 | $0.00 |
| 401k Loan | No | $191.32 | $765.28 | $0.00 | $0.00 |
| Dental | Yes | $16.50 | $49.50 | $0.00 | $0.00 |
| GTL Imputed | No | $1.45 | $5.68 | $0.00 | $0.00 |
| Medical | Yes | $67.00 | $201.00 | $590.00 | $1,770.00 |
| Vision | Yes | $7.49 | $22.47 | $0.00 | $0.00 |
| 3 Cmp Default | Yes | $0.00 | $0.00 | $97.65 | $386.42 |
| Basic AD&D | No | $0.00 | $0.00 | $1.18 | $3.50 |
| Basic EE Life | No | $0.00 | $0.00 | $5.30 | $15.71 |
| Company Match | Yes | $0.00 | $0.00 | $65.10 | $257.62 |
| LTD | Yes | $0.00 | $0.00 | $18.23 | $54.07 |
| STD | Yes | $0.00 | $0.00 | $0.92 | $2.76 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $345.19 | $1,371.39 |
| Employee Medicare | $45.90 | $182.89 |
| Social Security Employee Tax | $196.25 | $782.01 |
| PA State Income Tax | $97.13 | $387.04 |
| BETHLEHEM TWP | $1.81 | $7.24 |
| BETHLEHEM | $47.46 | $189.11 |
| BETHLEHEM SD | $0.19 | $0.76 |
| PA Unemployment Employee | $2.28 | $9.02 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5497 | Checking | $2,106.13 |
| Total | | $2,106.13 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,256.29 | $3,035.11 | $736.21 | $413.95 | $2,106.13 |
| YTD | $12,896.09 | $12,097.91 | $2,929.46 | $1,559.14 | $8,407.49 |

vsn 20230102

**United States Cold Storage LLC**
15 Emery Street
Bethlehem, PA 18015

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/12/2025 |
| Period End Date | 01/25/2025 |
| Pay Date | 01/31/2025 |
| Document | 95541071 |
| Net Pay | $2,166.02 |

## Pay Details

**JORGE I FIGUEROA**
1243 CALIFORNIA AVE
WHITEHALL, PA 18052
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | | Pay Group | Biweekly 2 |
| SSN | XXX-XX-4253 | Work Location | Miller Circle |
| Job | WAREHOUSE SUPERVISOR | Region | NORTH - North Region |
| Pay Rate | $40.68 | Department | OPS - Operations |
| Pay Frequency | Biweekly | Sub Dept | WARESU - OPS-Warehouse Supervision |
| | | GL Company | 800 - US Cold Storage, LLC |

## Earnings

| Pay Type | Charge Date | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Regular Pay | 01/12/2025 | 10.500000 | $40.68 | $427.20 | |
| Regular Pay | 01/13/2025 | 10.500000 | $40.68 | $427.20 | |
| Regular Pay | 01/17/2025 | 10.500000 | $40.68 | $427.20 | |
| Regular Pay | 01/18/2025 | 8.500000 | $40.68 | $345.83 | |
| Regular Pay | 01/19/2025 | 10.500000 | $40.68 | $427.20 | |
| Regular Pay | 01/20/2025 | 10.500000 | $40.68 | $427.20 | |
| Regular Pay | 01/24/2025 | 10.500000 | $40.68 | $427.20 | |
| Regular Pay | 01/25/2025 | 8.500000 | $40.68 | $345.83 | $8,904.24 |
| Cell Phone Reim | | 0.000000 | $0.00 | $0.00 | $10.00 |
| GTL Imputed | 01/25/2025 | | | $1.45 | $4.23 |
| Holiday | | 0.000000 | $0.00 | $0.00 | $721.33 |

Total Reg Hours 80.0000    Total OT Hours 0.0000    Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $130.19 | $385.02 | $0.00 | $0.00 |
| 401k Loan | No | $191.32 | $573.96 | $0.00 | $0.00 |
| Dental | Yes | $0.00 | $33.00 | $0.00 | $0.00 |
| GTL Imputed | No | $1.45 | $4.23 | $0.00 | $0.00 |
| Medical | Yes | $0.00 | $134.00 | $0.00 | $1,180.00 |
| Vision | Yes | $0.00 | $14.98 | $0.00 | $0.00 |
| 3 Cmp Default | Yes | $0.00 | $0.00 | $97.65 | $288.77 |
| Basic AD&D | No | $0.00 | $0.00 | $0.00 | $2.32 |
| Basic EE Life | No | $0.00 | $0.00 | $0.00 | $10.41 |
| Company Match | Yes | $0.00 | $0.00 | $65.10 | $192.52 |
| LTD | Yes | $0.00 | $0.00 | $0.00 | $35.84 |
| STD | Yes | $0.00 | $0.00 | $0.00 | $1.84 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $365.21 | $1,026.20 |
| Employee Medicare | $47.21 | $136.99 |
| Social Security Employee Tax | $201.89 | $585.76 |
| PA State Income Tax | $99.92 | $289.91 |
| BETHLEHEM TWP | $1.81 | $5.43 |
| BETHLEHEM | $48.82 | $141.65 |
| BETHLEHEM SD | $0.19 | $0.57 |
| PA Unemployment Employee | $2.28 | $6.74 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5497 | Checking | $2,166.02 |
| Total | | $2,166.02 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,256.31 | $3,126.12 | $767.33 | $322.96 | $2,166.02 |
| YTD | $9,639.80 | $9,062.80 | $2,193.25 | $1,145.19 | $6,301.36 |

van 20230102

**United States Cold Storage LLC**
15 Emery Street
Bethlehem, PA 18015

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/29/2024 |
| Period End Date | 01/11/2025 |
| Pay Date | 01/17/2025 |
| Document | 95537631 |
| Net Pay | $2,098.07 |

## Pay Details

JORGE I FIGUEROA
1243 CALIFORNIA AVE
WHITEHALL, PA 18052
USA

| | | | |
|---|---|---|---|
| Employee Number | | Pay Group | Biweekly 2 |
| SSN | XXX-XX-4253 | Work Location | Miller Circle |
| Job | WAREHOUSE SUPERVISOR | Region | NORTH - North Region |
| Pay Rate | $40.68 | Department | OPS - Operations |
| Pay Frequency | Biweekly | Sub Dept | WARESU - OPS-Warehouse Supervision |
| | | GL Company | 800 - US Cold Storage, LLC |

## Earnings

| Pay Type | Charge Date | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Regular Pay | 12/29/2024 | 10.500000 | $39.30 | $412.75 | |
| Regular Pay | 12/30/2024 | 10.500000 | $39.30 | $412.75 | |
| Regular Pay | 01/03/2025 | 9.000000 | $40.68 | $366.17 | |
| Regular Pay | 01/05/2025 | 10.500000 | $40.68 | $427.20 | |
| Regular Pay | 01/06/2025 | 10.500000 | $40.68 | $427.20 | |
| Regular Pay | 01/10/2025 | 10.500000 | $40.68 | $427.20 | |
| Regular Pay | 01/11/2025 | 8.500000 | $40.68 | $345.83 | $5,649.38 |
| Cell Phone Reim | 01/11/2025 | | | $10.00 | $10.00 |
| GTL Imputed | 01/11/2025 | | | $1.45 | $2.78 |
| Holiday | 01/01/2025 | 10.000000 | $40.68 | $406.85 | $721.33 |

Total Reg Hours  80.0000     Total OT Hours  0.0000     Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $129.04 | $254.83 | $0.00 | $0.00 |
| 401k Loan | No | $191.32 | $382.64 | $0.00 | $0.00 |
| Dental | Yes | $16.50 | $33.00 | $0.00 | $0.00 |
| GTL Imputed | No | $1.45 | $2.78 | $0.00 | $0.00 |
| Medical | Yes | $67.00 | $134.00 | $590.00 | $1,180.00 |
| Vision | Yes | $7.49 | $14.98 | $0.00 | $0.00 |
| 3 Cmp Default | Yes | $0.00 | $0.00 | $96.78 | $191.12 |
| Basic AD&D | No | $0.00 | $0.00 | $1.18 | $2.32 |
| Basic EE Life | No | $0.00 | $0.00 | $5.30 | $10.41 |
| Company Match | Yes | $0.00 | $0.00 | $64.52 | $127.42 |
| LTD | Yes | $0.00 | $0.00 | $18.23 | $35.84 |
| STD | Yes | $0.00 | $0.00 | $0.92 | $1.84 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $339.08 | $660.99 |
| Employee Medicare | $45.48 | $89.78 |
| Social Security Employee Tax | $194.45 | $383.87 |
| PA State Income Tax | $96.24 | $189.99 |
| BETHLEHEM TWP | $1.81 | $3.62 |
| BETHLEHEM | $47.02 | $92.83 |
| BETHLEHEM SD | $0.19 | $0.38 |
| PA Unemployment Employee | $2.26 | $4.46 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5497 | Checking | $2,098.07 |
| Total | | $2,098.07 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,237.40 | $3,007.37 | $726.53 | $412.80 | $2,098.07 |
| YTD | $6,383.49 | $5,936.68 | $1,425.92 | $822.23 | $4,135.34 |

van 20230102

**United States Cold Storage LLC**
15 Emery Street
Bethlehem, PA 18015

**Pay Statement**
Period Start Date  12/15/2024
Period End Date  12/28/2024
Pay Date  01/03/2025
Document  95534278
Net Pay  $2,037.27

## Pay Details

JORGE I FIGUEROA
1243 CALIFORNIA AVE
WHITEHALL, PA 18052
USA

| Field | Value | Field | Value |
|---|---|---|---|
| Employee Number | | Pay Group | Biweekly 2 |
| SSN | XXX-XX-4253 | Work Location | Miller Circle |
| Job | WAREHOUSE SUPERVISOR | Region | NORTH - North Region |
| Pay Rate | $39.30 | Department | OPS - Operations |
| Pay Frequency | Biweekly | Sub Dept | WARESU - OPS-Warehouse Supervision |
| | | GL Company | 800 - US Cold Storage, LLC |

## Earnings

| Pay Type | Charge Date | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Regular Pay | 12/15/2024 | 10.500000 | $39.30 | $412.75 | |
| Regular Pay | 12/16/2024 | 10.500000 | $39.30 | $412.75 | |
| Regular Pay | 12/20/2024 | 10.500000 | $39.30 | $412.75 | |
| Regular Pay | 12/21/2024 | 8.500000 | $39.30 | $334.13 | |
| Regular Pay | 12/22/2024 | 10.500000 | $39.30 | $412.75 | |
| Regular Pay | 12/24/2024 | 2.500000 | $39.30 | $98.27 | |
| Regular Pay | 12/27/2024 | 10.500000 | $39.30 | $412.75 | |
| Regular Pay | 12/28/2024 | 8.500000 | $39.30 | $334.13 | $2,830.28 |
| GTL Imputed | 12/28/2024 | | | $1.33 | $1.33 |
| Holiday | 12/23/2024 | 8.000000 | $39.30 | $314.48 | $314.48 |

Total Reg Hours  80.0000    Total OT Hours  0.0000    Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $125.79 | $125.79 | $0.00 | $0.00 |
| 401k Loan | No | $191.32 | $191.32 | $0.00 | $0.00 |
| Dental | Yes | $16.50 | $16.50 | $0.00 | $0.00 |
| GTL Imputed | No | $1.33 | $1.33 | $0.00 | $0.00 |
| Medical | Yes | $67.00 | $67.00 | $590.00 | $590.00 |
| Vision | Yes | $7.49 | $7.49 | $0.00 | $0.00 |
| 3 Cmp Default | Yes | $0.00 | $0.00 | $94.34 | $94.34 |
| Basic AD&D | No | $0.00 | $0.00 | $1.14 | $1.14 |
| Basic EE Life | No | $0.00 | $0.00 | $5.11 | $5.11 |
| Company Match | Yes | $0.00 | $0.00 | $62.90 | $62.90 |
| LTD | Yes | $0.00 | $0.00 | $17.61 | $17.61 |
| STD | Yes | $0.00 | $0.00 | $0.92 | $0.92 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $321.91 | $321.91 |
| Employee Medicare | $44.30 | $44.30 |
| Social Security Employee Tax | $189.42 | $189.42 |
| PA State Income Tax | $93.75 | $93.75 |
| BETHLEHEM TWP | $1.81 | $1.81 |
| BETHLEHEM | $45.81 | $45.81 |
| BETHLEHEM SD | $0.19 | $0.19 |
| PA Unemployment Employee | $2.20 | $2.20 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx2526 | Checking | $2,037.27 |
| Total | | $2,037.27 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,146.09 | $2,929.31 | $699.39 | $409.43 | $2,037.27 |
| YTD | $3,146.09 | $2,929.31 | $699.39 | $409.43 | $2,037.27 |

van 20230102

**United States Cold Storage LLC**
15 Emery Street
Bethlehem, PA 18015

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/01/2024 |
| Period End Date | 12/14/2024 |
| Pay Date | 12/20/2024 |
| Document | 95530908 |
| Net Pay | $2,044.39 |

## Pay Details

JORGE I FIGUEROA
1243 CALIFORNIA AVE
WHITEHALL, PA 18052
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ███ | Pay Group | Biweekly 2 |
| SSN | XXX-XX-4253 | Work Location | Miller Circle |
| Job | WAREHOUSE SUPERVISOR | Region | NORTH - North Region |
| Pay Rate | $39.30 | Department | OPS - Operations |
| Pay Frequency | Biweekly | Sub Dept | WARESU - OPS-Warehouse Supervision |
| | | GL Company | 800 - US Cold Storage, LLC |

## Earnings

| Pay Type | Charge Date | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Regular Pay | 12/01/2024 | 10.500000 | $39.30 | $412.75 | |
| Regular Pay | 12/02/2024 | 2.500000 | $39.30 | $98.27 | |
| Regular Pay | 12/06/2024 | 10.500000 | $39.30 | $412.75 | |
| Regular Pay | 12/07/2024 | 8.500000 | $39.30 | $334.13 | |
| Regular Pay | 12/08/2024 | 10.500000 | $39.30 | $412.75 | |
| Regular Pay | 12/09/2024 | 10.500000 | $39.30 | $412.75 | |
| Regular Pay | 12/13/2024 | 10.500000 | $39.30 | $412.75 | |
| Regular Pay | 12/14/2024 | 8.500000 | $39.30 | $334.13 | $71,894.44 |
| Cell Phone Reim | 12/14/2024 | | | $10.00 | $130.00 |
| Floating Hol | | 0.000000 | $0.00 | $0.00 | $1,257.92 |
| GTL Imputed | 12/14/2024 | | | $1.18 | $30.57 |
| Holiday | | 0.000000 | $0.00 | $0.00 | $1,874.78 |
| Personal | 12/02/2024 | 8.000000 | $39.30 | $314.48 | $1,886.88 |
| Vacation Hourly | | 0.000000 | $0.00 | $0.00 | $4,717.20 |
| Weekend Work | | 0.000000 | $0.00 | $0.00 | $125.00 |

Total Reg Hours 80.0000    Total OT Hours 0.0000    Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $125.79 | $2,887.85 | $0.00 | $0.00 |
| 401k Loan | No | $191.32 | $4,974.32 | $0.00 | $0.00 |
| Dental | Yes | $10.00 | $240.00 | $0.00 | $0.00 |
| GTL Imputed | No | $1.18 | $30.57 | $0.00 | $0.00 |
| Medical | Yes | $65.00 | $1,560.00 | $615.00 | $14,760.00 |
| Vision | Yes | $7.27 | $174.48 | $0.00 | $0.00 |
| 3 Cmp Default | Yes | $0.00 | $0.00 | $94.34 | $2,448.85 |
| Basic AD&D | No | $0.00 | $0.00 | $1.14 | $28.50 |
| Basic EE Life | No | $0.00 | $0.00 | $5.11 | $127.75 |
| Company Match | Yes | $0.00 | $0.00 | $62.90 | $1,444.03 |
| LTD | Yes | $0.00 | $0.00 | $17.61 | $440.25 |
| STD | Yes | $0.00 | $0.00 | $0.92 | $23.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $332.53 | $8,764.36 |
| Employee Medicare | $44.42 | $1,157.28 |
| Social Security Employee Tax | $189.94 | $4,948.36 |
| PA State Income Tax | $94.02 | $2,449.32 |
| BETHLEHEM TWP | $1.75 | $47.00 |
| BETHLEHEM | $45.94 | $1,196.78 |
| BETHLEHEM SD | $0.19 | $4.94 |
| PA Unemployment Employee | $2.20 | $57.20 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5497 | Checking | $2,044.39 |
| Total | | $2,044.39 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,155.94 | $2,937.88 | $710.99 | $400.56 | **$2,044.39** |
| YTD | $81,916.79 | $76,924.46 | $18,625.24 | $9,867.22 | $53,424.33 |

ver 20230102

**US CREW VIEW**
United States Cold Storage LLC
15 Emery Street
Bethlehem, PA 18015

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/17/2024 |
| Period End Date | 11/30/2024 |
| Pay Date | 12/06/2024 |
| Document | 95527472 |
| Net Pay | $2,034.31 |

## Pay Details

JORGE I FIGUEROA
1243 CALIFORNIA AVE
WHITEHALL, PA 18052
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ▓▓▓ | Pay Group | Biweekly 2 | |
| SSN | XXX-XX-4253 | Work Location | Miller Circle | |
| Job | WAREHOUSE SUPERVISOR | Region | NORTH - North Region | |
| Pay Rate | $39.30 | Department | OPS - Operations | |
| Pay Frequency | Biweekly | Sub Dept | WARESU - OPS-Warehouse Supervision | |
| | | GL Company | 800 - US Cold Storage, LLC | |

## Earnings

| Pay Type | Charge Date | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Regular Pay | 11/17/2024 | 8.500000 | $39.30 | $334.13 | |
| Regular Pay | 11/18/2024 | 2.500000 | $39.30 | $98.27 | |
| Regular Pay | 11/22/2024 | 2.500000 | $39.30 | $98.27 | |
| Regular Pay | 11/23/2024 | 2.500000 | $39.30 | $98.27 | |
| Regular Pay | 11/24/2024 | 2.500000 | $39.30 | $98.27 | |
| Regular Pay | 11/25/2024 | 2.500000 | $39.30 | $98.27 | |
| Regular Pay | 11/29/2024 | 2.500000 | $39.30 | $98.27 | |
| Regular Pay | 11/30/2024 | 8.500000 | $39.30 | $334.13 | $69,064.16 |
| Cell Phone Reim | | 0.000000 | $0.00 | $0.00 | $120.00 |
| Floating Hol | 11/18/2024 | 8.000000 | $39.30 | $314.48 | $1,257.92 |
| GTL Imputed | 11/30/2024 | | | $1.18 | $29.39 |
| Holiday | 11/25/2024 | 8.000000 | $39.30 | $314.48 | $1,874.78 |
| Personal | | 0.000000 | $0.00 | $0.00 | $1,572.40 |
| Vacation Hourly | 11/22/2024 | 8.000000 | $39.30 | $314.48 | |
| Vacation Hourly | 11/23/2024 | 8.000000 | $39.30 | $314.48 | |
| Vacation Hourly | 11/24/2024 | 8.000000 | $39.30 | $314.48 | |
| Vacation Hourly | 11/29/2024 | 8.000000 | $39.30 | $314.48 | $4,717.20 |
| Weekend Work | | 0.000000 | $0.00 | $0.00 | $125.00 |

Total Reg Hours  80.0000        Total OT Hours  0.0000        Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $125.79 | $2,762.06 | $0.00 | $0.00 |
| 401k Loan | No | $191.32 | $4,783.00 | $0.00 | $0.00 |
| Dental | Yes | $10.00 | $230.00 | $0.00 | $0.00 |
| GTL Imputed | No | $1.18 | $29.39 | $0.00 | $0.00 |
| Medical | Yes | $65.00 | $1,495.00 | $615.00 | $14,145.00 |
| Vision | Yes | $7.27 | $167.21 | $0.00 | $0.00 |
| 3 Cmp Default | Yes | $0.00 | $0.00 | $94.34 | $2,354.51 |
| Basic AD&D | No | $0.00 | $0.00 | $1.14 | $27.36 |
| Basic EE Life | No | $0.00 | $0.00 | $5.11 | $122.64 |
| Company Match | Yes | $0.00 | $0.00 | $62.90 | $1,381.13 |
| LTD | Yes | $0.00 | $0.00 | $17.61 | $422.64 |
| STD | Yes | $0.00 | $0.00 | $0.92 | $22.08 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $332.53 | $8,431.83 |
| Employee Medicare | $44.43 | $1,112.86 |
| Social Security Employee Tax | $189.95 | $4,758.42 |
| PA State Income Tax | $94.02 | $2,355.30 |
| BETHLEHEM TWP | $1.81 | $45.25 |
| BETHLEHEM | $45.94 | $1,150.84 |
| BETHLEHEM SD | $0.19 | $4.75 |
| PA Unemployment Employee | $2.20 | $55.00 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5497 | Checking | $2,034.31 |
| Total | | $2,034.31 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,145.94 | $2,937.88 | $711.07 | $400.56 | $2,034.31 |
| YTD | $78,760.85 | $73,986.58 | $17,914.25 | $9,466.66 | $51,379.94 |

ver. 20230102