**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Reading Division

| | |
|---|---|
| Jorge Figueroa,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-10844-PMM |

**Certificate of Service**

    I, Michael A. Cibik, certify that on June 20, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: June 20, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**
P.O. Box 10826
Greenville, South Carolina 29603-0826
Method of Service: CM/ECF

**Bank of America, N.A.**
P.O. Box 31785
Tampa, FL 33631-3785
Method of Service" First Class Mail

**Truist Bank, Support Services**
P.O. Box 85092
Richmond, VA 23286
Method of Service: First Class Mail

**People First Federal Credit Union**
740 Hamilton St Suite 300
Allentown, PA 18101
Method of Service: First Class Mail