United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10844-pmm |
| Jorge Figueroa | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 28, 2025 | Form ID: 155 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jorge Figueroa, 1243 California Ave, Whitehall, PA 18052-4632 |
| 14983596 | + | Heights Community Fcu, P.o. Box 3208, Bethlehem, PA 18017-0208 |
| 14983601 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14983604 | + | People 1st Fcu, 2141 Downyflake Lane, Allentown, PA 18103-4937 |
| 14990982 | + | People First Federal Credit Union, 740 Hamilton St Suite 300, Allentown, PA 18101-2474 |
| 14983605 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14983611 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14983582 | | Email/Text: bankruptcy@rentacenter.com | Aug 29 2025 00:57:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14983584 | | Email/Text: ally@ebn.phinsolutions.com | Aug 29 2025 00:56:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14995408 | | Email/PDF: bncnotices@becket-lee.com | Aug 29 2025 01:19:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14983585 | | Email/PDF: bncnotices@becket-lee.com | Aug 29 2025 01:06:25 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14983588 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 29 2025 01:08:10 | BMW Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 14983586 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 29 2025 00:56:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14987022 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 29 2025 00:57:00 | Bank of America, N.A., PO BOX 15102, Wilmington DE 19850-5102 |
| 14986622 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 29 2025 00:56:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14983587 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 29 2025 00:57:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14983592 | | Email/Text: megan.harper@phila.gov | Aug 29 2025 00:57:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14983589 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2025 01:18:47 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14983590 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 29 2025 01:19:03 | Capital One Auto Finance, c/o Ais Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14983591 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| ID | Method | Timestamp | Recipient |
|---|---|---|---|
| | | Aug 29 2025 01:19:17 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 14983593 | Email/Text: bankruptcy@philapark.org | Aug 29 2025 00:57:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14983594 | ^ MEBN | Aug 29 2025 00:51:15 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 14983595 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 29 2025 00:57:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14983597 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 29 2025 00:57:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14997504 | + Email/PDF: ais.chase.ebn@aisinfo.com | Aug 29 2025 01:18:58 | JPMorgan Chase Bank, N.A., PO Box 15368, Wilmington DE 19850-5368 |
| 14997131 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 29 2025 00:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14983598 | + Email/Text: Unger@Members1st.org | Aug 29 2025 00:57:00 | Members 1st FCU, Attn: Bankruptcy, PO Box 8893, Camo Hill, PA 17001-8893 |
| 14983600 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 29 2025 00:57:00 | NMAC, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 15006922 | Email/Text: mtgbk@shellpointmtg.com | Aug 29 2025 00:57:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14984996 | + Email/Text: RASEBN@raslg.com | Aug 29 2025 00:57:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz,Schneid,Crane & Part, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14983599 | Email/Text: mtgbk@shellpointmtg.com | Aug 29 2025 00:57:00 | Newrez, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 14984849 | + Email/Text: RASEBN@raslg.com | Aug 29 2025 00:57:00 | Newrez LLC d/b/a/ Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 15005961 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2025 01:19:19 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15006373 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2025 01:18:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14983602 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 29 2025 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14983603 | ^ MEBN | Aug 29 2025 00:51:20 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14983606 | Email/Text: bankruptcy@philapark.org | Aug 29 2025 00:57:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15004756 | ^ MEBN | Aug 29 2025 00:51:18 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 14983607 | ^ MEBN | Aug 29 2025 00:51:14 | Toyota Motor Credit Corp/Mazda Financial Srvs, Attn: Bankruptcy 6565 Headquarters Dr, Plano, TX 75024-5965 |
| 14983608 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 29 2025 00:57:00 | Toyota Motor Credit Corporation, Attn: Bankruptcy, PO Box 9013, Addison, TX 75001-9013 |
| 14987213 | + Email/Text: bankruptcy@bbandt.com | Aug 29 2025 00:57:00 | Truist Bank, Support Services, P.O. Box 85092, |

Case 25-10844-pmm    Doc 24    Filed 08/30/25    Entered 08/31/25 00:38:39    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 28, 2025 | Form ID: 155 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | | Richmond, VA 23286-0001 |
| 14983609 | + | Email/Text: bankruptcy@bbandt.com<br>Aug 29 2025 00:57:00 | | Truist Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-0129 |
| 14983610 | | Email/Text: usapae.bankruptcynotices@usdoj.gov<br>Aug 29 2025 00:57:00 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14986839 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov<br>Aug 29 2025 00:57:00 | | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 14987023 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov<br>Aug 29 2025 00:57:00 | | U.S. Department of Education c/o Nelnet, PO BOX 2837, PORTLAND, OR 97208-2837 |
| 14983612 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov<br>Aug 29 2025 00:57:00 | | Usdoe/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 14983613 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com<br>Aug 29 2025 01:19:25 | | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14983614 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com<br>Aug 29 2025 01:07:36 | | Wells Fargo Personal Lines & Loan, Attn: Bankruptcy 1 Home Campus MACX2303, Des Moines, IA 50328-0001 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14983583 | | Alexandria M Rivera |
| 15002027 | *+ | JPMorgan Chase Bank, N.A., PO Box 15368, Wilmington DE 19850-5368 |
| 14997315 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15001836 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Jorge Figueroa help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 28, 2025 | Form ID: 155 | Total Noticed: 48 |

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SHERRI DICKS
    on behalf of Creditor Newrez LLC d/b/a/ Shellpoint Mortgage Servicing sdicks@raslg.com shrdlaw@outlook.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Jorge Figueroa<br><br>    Debtor(s). | Case No. 25−10844−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 28, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court