| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 25-10844-PMM**

| | |
|---|---|
| Jorge Figueroa | Petition Filed Date: 02/28/2025 |
| 1243 California Ave | 341 Hearing Date: 03/25/2025 |
| Whitehall  PA    18052-4632 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/27/2025 | $125.00 | | 04/15/2025 | $125.00 | | 05/23/2025 | $125.00 | |
| 06/24/2025 | $125.00 | | 07/23/2025 | $125.00 | | | | |

**Total Receipts for the Period:  $625.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,775.00 | $0.00 | $3,775.00 |
| 1 | BANK OF AMERICA »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | US DEPARTMENT OF EDUCATION »» 002 | Unsecured Creditors | $12,251.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA »» 003 | Secured Creditors | $923.56 | $0.00 | $0.00 |
| 4 | TRUIST BANK »» 004 | Secured Creditors | $1,086.32 | $0.00 | $0.00 |
| 5 | PEOPLE FIRST FEDERAL CREDIT UNION »» 005 | Unsecured Creditors | $5,147.47 | $0.00 | $0.00 |
| 6 | PEOPLE FIRST FEDERAL CREDIT UNION »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS NATIONAL BANK »» 007 | Unsecured Creditors | $2,596.48 | $0.00 | $0.00 |
| 8 | CHASE BANK USA NA »» 008 | Unsecured Creditors | $3,700.21 | $0.00 | $0.00 |
| 9 | CHASE BANK USA NA »» 009 | Unsecured Creditors | $8,301.30 | $0.00 | $0.00 |
| 10 | CHASE BANK USA NA »» 010 | Unsecured Creditors | $3,499.03 | $0.00 | $0.00 |
| 11 | TOYOTA MOTOR CREDIT CORPORATION »» 011 | Unsecured Creditors | $1,976.00 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $4,369.70 | $0.00 | $0.00 |
| 13 | NEWREZ LLC  D/B/A »» 013 | Mortgage Arrears | $331.50 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-10844-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $750.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($125.00) |
| Paid to Trustee: | $45.65 | Total Plan Base: | $7,500.00 |
| Funds on Hand: | $704.35 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.