Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jorge Figueroa
1243 California Ave
Whitehall, PA 18052-4632

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-10844-PMM**

Petition Filed Date: 02/28/2025
341 Hearing Date: 03/25/2025
Confirmation Date: 08/28/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2025 | $125.00 | | 09/23/2025 | $125.00 | | 10/23/2025 | $125.00 | |
| 11/24/2025 | $125.00 | | 12/23/2025 | $125.00 | | 01/26/2026 | $125.00 | |
| 02/24/2026 | $125.00 | | 03/23/2026 | $125.00 | | 04/27/2026 | $125.00 | |
| 05/26/2026 | $125.00 | | 06/24/2026 | $125.00 | | 07/23/2026 | $125.00 | |

**Total Receipts for the Period: $1,500.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $2,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,775.00 | $1,976.27 | $1,798.73 |
| 1 | BANK OF AMERICA<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | US DEPARTMENT OF EDUCATION<br>»» 002 | Unsecured Creditors | $12,251.00 | $0.00 | $12,251.00 |
| 3 | BANK OF AMERICA<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | TRUIST BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PEOPLE FIRST FEDERAL CREDIT UNION<br>»» 005 | Unsecured Creditors | $5,147.47 | $0.00 | $5,147.47 |
| 6 | PEOPLE FIRST FEDERAL CREDIT UNION<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $2,596.48 | $0.00 | $2,596.48 |
| 8 | JP MORGAN CHASE BANK NA<br>»» 008 | Unsecured Creditors | $3,700.21 | $0.00 | $3,700.21 |
| 9 | JP MORGAN CHASE BANK NA<br>»» 009 | Unsecured Creditors | $8,301.30 | $0.00 | $8,301.30 |
| 10 | JP MORGAN CHASE BANK NA<br>»» 010 | Unsecured Creditors | $3,499.03 | $0.00 | $3,499.03 |
| 11 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 011 | Unsecured Creditors | $1,976.00 | $0.00 | $1,976.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $4,369.70 | $0.00 | $4,369.70 |

**Chapter 13 Case No. 25-10844-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | NEWREZ LLC D/B/A<br>»» 013 | Mortgage Arrears | $331.50 | $0.00 | $331.50 |
| 14 | BANK OF AMERICA<br>»» 01U | Unsecured Creditors | $11,238.69 | $0.00 | $11,238.69 |
| 15 | BANK OF AMERICA<br>»» 03U | Unsecured Creditors | $5,916.91 | $0.00 | $5,916.91 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,250.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $1,976.27 | Arrearages: | ($125.00) |
| Paid to Trustee: | $158.35 | Total Plan Base: | $7,500.00 |
| Funds on Hand: | $115.38 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.